UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | | |
|---|---|---|
| **ALBERT MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 08-CV-2018 |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| sued as Michael J. Astrue, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Reports and Recommendations (#16), (#17) were filed by Magistrate Judge David G. Bernthal in the above cause on February 3, 2009. On February 23, 2009, Plaintiff Albert Moore filed his Objection to the Reports and Recommendations (#18). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#16), (#17). This court agrees that Plaintiff's Motion for Summary Judgment or Remand (#11) should be DENIED and Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#14) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#16), (#17) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment or Remand (#11) is DENIED.

(3) Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#14) is GRANTED.

(4) This case is terminated.

ENTERED this 27th day of February, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE